UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| KEVIN L. JACKSON, SR, <br><br> Plaintiff, <br><br> v. <br><br> RAND CHARLES, *et al.* <br><br> Defendants. | HONORABLE KAREN M. WILLIAMS <br><br> Civil Action <br> No. 25-cv-15921 (KMW-EAP) <br><br> **MEMORANDUM OPINION AND ORDER** |

**WHEREAS**, the Court dismissed Plaintiff's Complaint without prejudice on December 5, 2025 (ECF No. 3), directing Plaintiff to file an Amended Complaint within thirty (30) days of the issuance of the Order; and

**WHEREAS**, to date, Plaintiff has failed to file an Amended Complaint.

**IT IS HEREBY** on this 9th day of March, 2026,

**ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE** without leave to amend; and it is further

**ORDERED** that the Clerk's Office close this case.

KAREN M. WILLIAMS
United States District Judge